[No. 26871-3-III.   Division Three.   June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ERIC DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00928-6, Robert G. Swisher, J., entered February 4, 2008. *Reversed* and *remanded* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[Nos. 26911-6-III; 26917-5-III.   Division Three.   June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM B. BARKLEY III, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. NICOLAS M. SALGADO, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 07-1-03246-1 and 07-1-03247-0, Michael P. Price, J., entered February 27, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J, concurred in by Sweeney and Kulik, JJ.

[No. 27149-8-III.   Division Three.   June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN MICHAEL SNOW, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-02786-9, Gregory D. Sypolt, J., entered May 27, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 27304-1-III.   Division Three.   June 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY CURTIS, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00607-1, John M. Antosz, J., entered July 11, 2008. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.